Federal Defenders
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Application granted. I recommend that Defendant Rodriguez be designated to a facility other than MDC Brooklyn. He or his counsel may provide this endorsement to the BOP.

SO ORDERED.

Cathy Seibel
CATHY SEIBEL, U.S.D.J.

8/18/26

August 18, 2026

The Honorable Cathy Seibel
District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: *United States v. Edy Rodriguez (23 Cr 349)*

Dear Honorable Seibel,

I am writing to request that Your Honor please recommend that the Bureau of Prisons (herein BOP) designate Mr. Rodriguez to a facility that is not MDC in Brooklyn. As background, on July 30, 2026, Mr. Rodriguez was sentenced to six months of incarceration in relation to the VOSR matter that was filed on May 28, 2026. During the sentencing, I suspect that I neglected to ask that the Court recommend that Mr. Rodriguez be designated to a facility other than MDC in Brooklyn.[1] Currently, Mr. Rodriguez is being housed at MDC and while he would like to be close to his family in Yonkers, New York, he would much be prefer to be at a prison with programming and treatment options that are not available at MDC. As such, I ask that the Court issue a recommendation that the BOP designate Mr. Rodriguez to a facility that is close to Yonkers, New York but which is not MDC in Brooklyn.

Thank you very much for your consideration.

Sincerely,

//s

Benjamin Gold
Attorney for Mr. Rodriguez

cc: AUSA Ben Arad

---

[1] I have ordered the transcript of Mr. Rodriguez's sentencing. While I frequently ask that the Court recommend designation to a facility other than MDC, I suspect that I failed to do so as the Judgment prepared in this case made no recommendations about placement.